IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00713–EWN–KLM

FRANCIS EDWARD SPRINGFIELD,

    Plaintiff,

v.

MR. J.L. NORWOOD, Warden,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed July 18, 2005 (#12). Applicant has objected to the recommendation. When reviewing a case-dispositive matter — for example, a recommendation for dismissal — a district court assessing a magistrate judge's findings and recommendations for disposition must make a "de novo determination of those portions of the report . . . to which objection is made." *See* 28 U.S.C.A. § 636(b)(1) (West 2007); Fed. R. Civ. P. 72(b). "When conducting de novo review, the district court makes its own determinations of disputed issues and does not decide whether the magistrate's proposed findings are clearly erroneous." *Branch v. Martin*, 886 F.2d 1043, 1046 (8th Cir. 1989). "[W]hen a party objects to factual findings based upon conflicting evidence or testimony, the district court must indicate that it is conducting a *de novo* determination rather than review under the 'clearly erroneous' standard." *Id*. (citing *Aluminum*

*Co. of Am. v. United States Environmental Protection Agency*, 663 F.2d 499, 502 [4th Cir. 1981]).

I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. The issue presented is a question of statutory interpretation on which the Tenth Circuit has supplied no controlling guidance. Every other circuit to decide the issue has found the statute in question to be ambiguous and has thus deferred to the administrative interpretation of the United States Bureau of Prisons. This court has also decided the issue contrary to Applicant's position, although one or two other district courts have arrived at a contrary conclusion. The court is still not persuaded by Applicant's argument. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED and adopted as the order of this court.

2. The Application is hereby DISMISSED with prejudice.

DATED this 10th day of June, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge